1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   ROYAL & SUN ALLIANCE INSURANCE
6  COMPANY OF CANADA and CANUTE
   INTERNATIONAL MEDICAL SERVICES,
7  (CANADA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA, a corporation; and CANUTE INTERNATIONAL MEDICAL SERVICES, (CANADA), INC., a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>MTI WORLDWIDE LOGISTICS CORPORATION, a corporation; PROCON EXPRESS LINES, a corporation; and CARGO MARKETING SERVICES LTD., a corporation,<br><br>Defendants. | Case No.: 3:16-cv-01188 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: March 10, 2016 |

Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: May 31, 2016                    Respectfully submitted,

                                       GIBSON ROBB & LINDH LLP

                                       /s/ JOSHUA E. KIRSCH
                                       Joshua E. Kirsch
                                       Attorneys for Plaintiffs
                                       ROYAL & SUN ALLIANCE INSURANCE
                                       COMPANY OF CANADA AND CANUTE
                                       INTERNATIONAL MEDICAL SERVICES,
                                       (CANADA), INC.